UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| IN RE: BLACKBAUD, INC., CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>*This document relates to*:<br><br>*Carpenella v. Blackbaud, Inc.*<br>Case No.: 3:20-cv-03658-JFA | Case No. 3:20-mn-02972-JFA<br><br>MDL No. 2972 |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and/or their respective counsels, that Plaintiff William Carpenella, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), voluntarily dismisses, without prejudice, his individual claims from this action. For the avoidance of doubt, Plaintiff, despite this stipulation of dismissal, retains his rights as an absent class member in the pending litigation.

1

| | |
|---|---|
| Dated: July 18, 2022 | Respectfully submitted, |
| **MOTLEY RICE LLC** | **TROUTMAN PEPPER HAMILTON SANDERS LLP** |
| */s/ Marlon E. Kimpson*<br>Marlon E. Kimpson (SC Bar. No. 17042)<br>28 Bridgeside Boulevard<br>Mount Pleasant, SC 29464<br>Tel: (843) 216-9000<br>Fax: (843) 216-9027<br>Email: mkimpson@motleyrice.com | */s/ Ronald I. Raether, Jr.*<br>Ronald I. Raether, Jr.<br>5 Park Plaza, Suite 1400<br>Irvine, CA 92614<br>Tel: (949) 622-2722<br>Fax: (949) 622-2239<br>Email: ron.raether@troutman.com |
| **DiCELLO LEVITT GUTZLER LLC** | Ryan J. Strasser<br>Ashley L. Taylor, Jr.<br>David N. Anthony<br>Timothy J. St. George<br>1001 Haxall Point, Suite 1500<br>Richmond, VA 23219<br>Tel: (804) 697-1478<br>Fax: (804) 697-1339<br>Email: ryan.strasser@troutman.com<br>       ashley.taylor@troutman.com<br>       david.anthony@troutman.com<br>       timothy.st.george@troutman.com |
| */s/ Amy E. Keller*<br>Amy E. Keller<br>Ten North Dearborn Street, Sixth Floor<br>Chicago, IL 60602<br>Tel: (312) 214-7900<br>Fax: (312) 253-1443<br>Email: akeller@dicellolevitt.com | |
| **SUSMAN GODFREY LLP** | |
| */s/ Krysta K. Pachman*<br>Krysta K. Pachman<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel: (310) 789-3100<br>Fax: (310) 789-3150<br>Email: kpachman@susmangodfrey.com | Angelo A. Stio, III<br>301 Carnegie Center, Suite 400<br>Princeton, NJ 08543<br>Tel: (609) 951-4125<br>Fax: (609) 452-1147<br>Email: angelo.stio@troutman.com |
| **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLP** | Cindy D. Hanson<br>600 Peachtree Street NE, Suite 3000<br>Atlanta, GA 30308<br>Tel.: (404) 885-3830<br>Fax: (404) 885-3900<br>Email: cindy.hanson@troutman.com |
| */s/ Harper T. Segui*<br>Harper T. Segui<br>(SC Bar No. 77730, Federal ID No. 10841) )<br>825 Lowcountry Blvd., Suite 101<br>Mount Pleasant, SC 29464<br>Tel: (919) 600-5000<br>Fax: (919) 600-5035<br>Email: hsegui@milberg.com | Amy Pritchard Williams<br>Joshua D. Davey<br>301 South College Street, Suite 3400<br>Charlotte, NC 28202<br>Tel: (704) 916-1503<br>Fax: (704) 998-4051<br>Email: amy.williams@troutman.com |
| *Co-Lead Counsel for Plaintiffs* | |

joshua.davey@troutman.com

Tambry L. Bradford
350 S Grand Avenue, Suite 3400
Los Angeles, CA 90071
Tel: (213) 928-9805
Fax: (213) 928-9850
Email: tambry.bradford@troutman.com

**BURR FOREMAN MCNAIR**

*/s/ Celeste T. Jones*
Celeste T. Jones (Fed. ID # 2225)
1221 Main Street, Suite 1800
Columbia, SC 29201
Tel: (803) 799-9800
Fax: (803) 753-3278
Email: ctjones@burr.com

**DUFFY AND YOUNG LLC**

*/s/ J. Rutledge Young, III*
J. Rutledge Young, III
96 Broad Street
Charleston, SC 29401
Tel: (843) 720-2044
Fax: (843) 720-2047
Email: ryoung@duffyandyoung.com

*Attorneys for Defendant Blackbaud, Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing was filed using this Court's CM/ECF service, which will send notice of such filing to all counsel of record this 18th day of July, 2022.

                */s/ Marlon E. Kimpson*

## SIGNATURE CERTIFICATION

Pursuant to ECF Policies and Procedures, Section 10.4, I hereby certify that the content of the foregoing is acceptable to Ronald I. Raether, Jr., Celeste T. Jones, and J. Rutledge Young, III, counsel for defendant, and I obtained authorization from them to affix their electronic signatures to this document.

Dated:  July 18, 2022

*/s/ Marlon E. Kimpson*